UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| ANDREA MELAN, | x |
| *Plaintiff,* | Civil Action No. 14-1445 MBC |
| v. | |
| BELLE VERNON AREA SCHOOL DISTRICT, | |
| *Defendant.* | Filed Electronically |
| | x |

## [PROPOSED] MODIFIED CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED as follows:

1. Defendant shall file its Motion for Summary Judgment by May 28, 2015.

2. Plaintiff shall file her Response by June 11, 2015.

3. Defendant shall file its Reply by June 18, 2015.

4. Sur-replies, if any, will be by leave of court only.

5. Should the Court deny Defendant's Motion the parties have elected to have a status conference following the Court's ruling.

6. At this conference the Court will address:

    (a) possibility of settlement;
    (b) dates for the completion of fact discovery;
    (c) dates for any further dispositive motions;
    (d) dates by which the parties' pre-trial statements should be filed;
    (e) dates by which motions in limine should be filed and responded to;
    (f) date for the final pre-trial conference; and
    (g) trial dates.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc: All counsel of record